IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Ezekial Haynes, ) | C/A NO. 1:12-810-CMC-SVH |
| Petitioner, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| Superintendent, ) | |
| Respondent. ) | |

Petitioner, proceeding *pro se*, filed this action on February 27, 2012, in the United States District Court for the Northern District of New York. By Order filed March 20, 2012, this petition was transferred to the District of South Carolina. By Order filed April 6, 2012, Petitioner was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Petitioner was warned that failure to provide the necessary information within the timetable set forth in the Order would subject the case to dismissal. The time to bring this case into proper form now has lapsed.

Petitioner has failed to provide the necessary information and therefore has failed to comply with an order of this court. This case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
May 2, 2012

1