# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ezekial Haynes, *Petitioner* <br> v. <br> Superintendent, *Respondent* | Civil Action No. 1:12-810-CMC-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Ezekial Haynes, shall take nothing of the respondent, Superintendent, as to the petition filed pursuant to 28 U.S.C. § 2254 and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, dismissing the action without prejudice.

Date: May 2, 2012

*CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*